MICROPROCESSOR ENHANCEMENT
CORPORATION and Michael H.
Branigin, Plaintiffs–Appellants,

v.

BUG LABS, INC., Defendant–Appellee.

Microprocessor Enhancement Corpo-
ration and Michael H. Branigin,
Plaintiffs–Appellants,

v.

Emulex Corporation, Defendant–
Appellee.

Microprocessor Enhancement Corpo-
ration and Michael H. Branigin,
Plaintiffs–Appellants,

v.

Texas Instruments Incorporated,
Defendant–Appellee,

and

Arm Ltd., Defendant–Appellee.

Microprocessor Enhancement Corpo-
ration and Michael H. Branigin,
Plaintiffs–Appellants,

v.

Mindspeed Technologies, Inc.,
Defendant–Appellee,

and

Arm Ltd., Defendant–Appellee.

Microprocessor Enhancement Corpo-
ration and Michael H. Branigin,
Plaintiffs–Appellants,

v.

Archos, Inc., Defendant–Appellee.

Microprocessor Enhancement Corpo-
ration and Michael H. Branigin,
Plaintiffs–Appellants,

v.

Stmicroelectronics NV and
Stmicroelectronics, Inc.,
Defendants–Appellees,

and

Arm Ltd., Defendant–Appellee.

Nos. 2010–1474, 2010–1475, 2010–1476,
2010–1477, 2010–1479, 2010–1484.

United States Court of Appeals,
Federal Circuit.

Dec. 29, 2010.

## ON MOTION

### ORDER

Upon consideration of Microprocessor
Enhancement Corporation and Michael H.
Branigin's motions to voluntarily withdraw
their appeals,

IT IS ORDERED THAT:

(1) The motions are granted and these
appeals are dismissed.

(2) Each side shall bear its own costs.